# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:06CV96-H

| | |
|---|---|
| VERNON SMITH, )  )  Plaintiff, )  )  v. )  )  JO ANNE B. BARNHART, )  Commissioner of Social Security, )  )  Defendant. ) | **CONSENT O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed on May 15, 2006 (document #9). By Response, filed on May 24, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $1,645.00 ($1395.00 in attorney's fees and $250.00 in filing fees), provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d). Defendant further advises that plaintiff's counsel consents.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's 'Petition For Attorney's Fees And Costs" (document #9) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $1,645.00 ($1395.00 in attorney's fees and $250.00 in filing fees).

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: May 24, 2006

**SO ORDERED**.

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

